UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE FROM THE SUPREME COURT OF DENMARK IN THE MATTER OF VITA HEALTHCARE LIMITED V. FERROSAN A/S, FERROSAN INTERNATIONAL, AND EUROVITA INTERNATIONAL A/S | Misc. No. 10-mc-00057<br><br>ORDER OF DISMISSAL |

On January 27, 2010, this Court entered an Order appointing Assistant U.S. Attorney Katherine L. Parker as Commissioner for purposes of obtaining testimony from Raymond Faltinsky. The Order was issued pursuant to 28 U.S.C. § 1782, in order to allow the Department of Justice to respond to a Request for International Judicial Assistance from the Supreme Court of Denmark. On August 4, 2010 the Government submitted a Notice of Completion stating that it had served Mr. Faltinsky with a subpoena, taken his deposition testimony, and forwarded the transcript to the Danish authorities in response to the request. The Government requested that this matter be dismissed. Good cause appearing, the Court ORDERS that this matter shall be DISMISSED.

IT IS SO ORDERED.

**DATED: August 5, 2010**

**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**